IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **PATRICIA LANE,** | Case No. 2:25-cv-00452-TLN-EFB |
| Petitioner, | ~~**[PROPOSED]**~~ **ORDER** |
| v. | |
| **ANISSA DE LA CRUZ,** | |
| Respondent. | |

GOOD CAUSE APPEARING, IT IS ORDERED that Respondent's motion is granted. The Respondent's Answer to Petition for Writ of Habeas Corpus shall be filed on or before June 9, 2026. Petitioner's statement of non-opposition to the motion has been erroneously docketed as a motion for extension of time (ECF No. 14).  Accordingly, the Clerk of Court is directed to administratively terminate the motion appearing at ECF No. 14 and correct the docketing entry from "motion for extension of time" to "response to respondent's motion for extension of time."

So ordered.

Dated:  April 14, 2026

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1

~~[Proposed]~~ Order (2:25-cv-00452-TLN-EFB)